# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MAXILL INC.,

        Plaintiff,

v.

LOOPS, LLC, et al.,

        Defendants.

C17-1825 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 13, indicating that a related case is pending in the District of Utah, and having reviewed the docket in the District of Utah matter, Case No. 1:17-cv-123-DN-BCW, the Court hereby STAYS this matter pending resolution of Bob Barker Company, Inc.'s and Maxill Inc.'s motions to dismiss the complaint in the Utah case.

(2) Within fourteen (14) days after resolution of said motions to dismiss, or by July 30, 2018, whichever occurs earlier, the parties shall file an updated Joint Status Report.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of March, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1