# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MAXILL INC.,<br><br>    Plaintiff,<br><br> v.<br><br>LOOPS, LLC, et al.,<br><br>    Defendants. | C17-1825 TSZ |
| LOOPS, L.L.C., et al.<br><br>    Plaintiffs,<br><br> v.<br><br>MAXILL INC., et al.<br><br>    Defendants. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel for plaintiff Maxill Inc., a corporation organized under Ohio law, and defendant Maxill Inc., a Canadian corporation, has filed a praecipe, docket no. 18, asking the Clerk to modify the caption of this case. The Clerk is DIRECTED to disregard the praecipe. The caption of this case shall remain as indicated above.

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of August, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1