UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAXILL INC.,

    Plaintiff,

v.

LOOPS, LLC, et al.,

    Defendants.

LOOPS, LLC, et al.,

    Plaintiffs,

v.

MAXILL INC., et al.,

    Defendants.

C17-1825 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

| | |
|---|---|
| **JURY TRIAL DATE (5 days)** | January 27, 2020 |
| Statement of asserted claims and preliminary infringement contentions due | September 12, 2018 |
| Statement of preliminary non-infringement and invalidity contentions due | October 12, 2018 |
| Deadline for joining additional parties | October 22, 2018 |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | November 1, 2018 |

MINUTE ORDER - 1

| | |
|---|---|
| Joint Claim Chart and Prehearing Statement due | January 15, 2019 |
| Parties to disclose reports from expert witnesses, if any, regarding <u>Markman</u> issues | January 15, 2019 |
| Parties to disclose rebuttal expert reports, if any, regarding <u>Markman</u> issues | February 14, 2019 |
| Deadline for completion of claim construction discovery and for amending pleadings | March 6, 2019 |
| Opening claim construction briefs (24 pages per side) filed by (and noted for the date that the responsive claim construction briefs are due) | March 11, 2019 |
| Responsive claim construction briefs (24 pages per side) filed by | March 26, 2019 |
| <u>Markman</u> hearing to be set by the Court if appropriate. | |
| Reports from expert witnesses under FRCP 26(a)(2) due | May 24, 2019 |
| Rebuttal expert reports due | June 24, 2019 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | July 3, 2019 |
| Discovery completed by | August 1, 2019 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; <u>see</u> LCR 7(d)) | October 3, 2019 |
| All motions *in limine* must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | December 26, 2019 |
| Agreed pretrial order due | January 10, 2020 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 10, 2020 |
| Pretrial Conference at 10:00 a.m. on | January 17, 2020 |

MINUTE ORDER - 2

1     These dates are set at the direction of the Court after reviewing the joint status

2 report and discovery plan submitted by the parties. All other dates are specified in the

3 Local Civil Rules. These are firm dates that can be changed only by order of the Court,

4 not by agreement of counsel or the parties. The Court will alter these dates only upon

5 good cause shown: failure to complete discovery within the time allowed is not

6 recognized as good cause.

7     If the trial date assigned to this matter creates an irreconcilable conflict, counsel

8 must notify Karen Dews at 206-370-8830, within 14 days of the date of this Minute

9 Order and explain the exact nature of the conflict. A failure to do so will be deemed a

10 waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be

11 understood that the trial may have to await the completion of other cases.

## Claim Construction (Markman) Hearing

13     If the Court sets a claim construction hearing, it will be set for a half-day (2.5

14 hours). If more or less time is required, the parties are instructed to inform Karen Dews

15 at 206-370-8830.

16     PLEASE NOTE: The Court will <u>not</u> rule on dispositive motions that raise issues

17 of claim construction prior to the <u>Markman</u> Hearing, unless special circumstances

18 warrant and leave of Court is obtained in advance of filing.

## Exhibits

20     The original and one copy of any exhibits to be used at the <u>Markman</u> Hearing

21 and/or trial are to be delivered to the Court at least five (5) days before the hearing and/or

22 trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's

Office. Plaintiff's exhibits shall be numbered consecutively beginning with 1. Defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## Settlement

Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon as possible.

Dated this 30th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
