1

2

3

4

5

6   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
7              AT SEATTLE

8  MAXILL INC.,

9                    Plaintiff,

10      v.                                    C17-1825 TSZ

11  LOOPS, LLC; and LOOPS                     MINUTE ORDER
    FLEXBRUSH, LLC,
12
                     Defendants.
13

14      The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:

15      (1)    The parties' stipulated motion to seal, docket no. 33, is GRANTED. The
    unredacted versions of the parties' first submission under Local Civil Rule 37, docket
16  no. 34, and Exhibit A to the Declaration of Boyoon Choi, docket no. 34-1, shall remain
    under seal.
17
        (2)    The parties' stipulated motion to seal, docket no. 36, is GRANTED as
18  follows. The unredacted versions of the parties' second submission under Local Civil
    Rule 37, docket no. 37, and Exhibits B, C, E, F, H, and I to the Declaration of Boyoon
19  Choi, docket nos. 37-3, 37-4, 37-6, 37-7, 37-9, and 37-10, shall remain under seal. The
    parties have also filed under seal unredacted versions of the Declaration of Boyoon Choi,
20  Exhibits A, D, and G thereto, and their proposed order, docket nos. 37-1, 37-2, 37-5,
    37-8, and 37-11, without providing any explanation for why such materials should be
21  sealed. The documents will remain sealed, however, because the same unredacted
    versions were also filed with the redacted version of the second LCR 37 submission, and
22  are available in the public view, *see* docket nos. 35-1, 35-2, 35-5, 35-8, and 35-11.

23

MINUTE ORDER - 1

(3) The unredacted version of the second LCR 37 submission, docket no. 37, was improperly noted as a separate motion, and the Clerk is DIRECTED to terminate the duplicative motion. The original, redacted version, docket no. 35, shall remain pending.

(4) Pursuant to Local Civil Rule 10(e)(9), the parties are DIRECTED to provide courtesy copies of their first and second LCR 37 submissions and related materials within three (3) days of the date of this Minute Order. Such courtesy copies shall be three-hole punched and appropriately tabbed, and they may be printed in a double-sided format.

(5) The parties are also DIRECTED to provide courtesy copies of their claim construction briefing and supporting documents, three-hole punched and appropriately tabbed, within seven (7) days of the date of this Minute Order.

(6) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2