UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>        Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MAXILL INC., a Canadian corporation; and DOES 1-10,<br><br>        Defendants. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered May 3, 2019, docket no. 40, Loops, L.L.C. and Loops Flexbrush, L.L.C. (collectively, "Loops") were directed to show cause why their claims against defendants Does 1-10 should not be dismissed for failure to identify and join such entities by the deadline set by the Court. No response was timely filed. Thus, Loops, L.L.C.'s and Loops Flexbrush, L.L.C.'s claims against defendants Does 1-10 are DISMISSED.

MINUTE ORDER - 1

(2) The parties' stipulated motion to extend certain deadlines, docket no. 54, is GRANTED in part and DENIED in part as follows. The expert disclosure deadline is EXTENDED from June 28, 2019, to July 19, 2019, and the rebuttal expert disclosure deadline is EXTENDED from July 26, 2019, to August 16, 2019. The fact discovery deadline remains August 1, 2019, but experts may be deposed until September 20, 2019. All other dates and deadlines previously set by the Court remain in full force and effect.

(3) The motion to seal, docket no. 41, filed by Maxill Inc., an Ohio corporation, and Maxill Inc., a Canadian corporation, (collectively, "Maxill") is GRANTED. Unredacted versions of Exhibits 6, 9, and 10 to the Declaration of Mudit Kakar, docket nos. 42, 43, and 44, shall remain under seal.

(4) Loops's motion to seal, docket no. 51, is GRANTED. Unredacted versions of (i) Loops's motion for protective order and stay, docket no. 52, and (ii) Exhibits A-F to the Declaration of Mathew Brechtel, docket nos. 52-1 – 52-5, shall remain under seal.

(5) Maxill's motion to seal, docket no. 58, GRANTED. Unredacted versions of (i) Maxill's response, docket no. 59, to Loops' motion for protective order and stay, and (ii) Exhibit 1 to the Declaration of Sandra L. DiMeo, docket no. 60, shall remain under seal.

(6) Maxill's motion, docket no. 55, to strike Loops's untimely response, docket no. 53, to Maxill's motion to compel, docket no. 46, is DENIED. Maxill's alternative motion, docket no. 55, to file a reply to Loops's response is GRANTED, and Maxill's reply, docket no. 55, will be considered timely filed.

(7) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2