Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC.,<br><br>Plaintiff,<br>vs.<br><br>LOOPS, LLC AND LOOPS FLEXBRUSH, LLC<br>Defendants. | Cause No. 2:17-C-01825 TSZ |
| LOOPS, L.L.C., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MAXILL INC., et al.<br><br>Defendants. | **DECLARATION OF KENT M. WALKER IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

I, Kent M. Walker, hereby declare:

1. I am an attorney at law duly licensed to practice in the State of California and admitted in various Federal District Courts in California. I am an attorney with the law firm of Lewis Kohn & Walker LLP, counsel for Loops, L.L.C. and Loops Flexbrush, L.L.C., ("Loops") by appearance and pro hac vice admission in the within action. This declaration is made upon my own personal knowledge and if called to testify I would and could competently testify thereto.



MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

I make this declaration in support of Loops' motion for leave to file a first amended complaint (counterclaim).

2. On July 9, 2019, I met and conferred with Maxill's counsel about whether Maxill would consent to Loops' filing a first amended complaint and Maxill declined.

3. Attached hereto as Exhibit 1 is a true and correct copy of Loops' proposed first amended complaint (counterclaim), including Exhibits A to D thereto. Exhibits A and C are copies of the '285 and '940 patents and Exhibit B and D are claim charts regarding Loops' assertions of infringement of certain claims of those patents based on Maxill's accused SuperMaxx products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2019, at San Diego, California.

Dated: July 11, 2019

By: /s/ Kent M. Walker
Kent M. Walker



MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

**CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: July 11, 2019 /s/ *Kent M. Walker*



MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500