Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., Plaintiff, vs. LOOPS, LLC AND LOOPS FLEXBRUSH, LLC Defendants. | Cause No. 2:17-C-01825 TSZ |
| LOOPS, L.L.C., et al. Plaintiffs, v. MAXILL INC., et al. Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The Court, having reviewed and considered Defendants LOOPS, LLC and LOOPS FLEXBRUSH, LLC ("Defendant" or "LOOPS") motion for leave to file first amended complaint, and good cause appearing therefore, the Court Orders as follows: **IT IS GRANTED. LOOPS' shall file and serve the amended pleading on all parties within seven (7) days of the filing of this Order.**

Dated this _______ day of __________, _____.

______________________________

Honorable Thomas S. Zilly
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: July 11, 2019 /s/ *Kent M. Walker*