UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>　　　　　　Defendants.<br><br>LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MAXILL INC., a Canadian corporation,<br><br>　　　　　　Defendant. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ)<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　The motion for reconsideration, docket no. 74, brought by Maxill Inc., a Canadian corporation, and Maxill Inc., an Ohio corporation, is DENIED.

　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　Dated this 2nd day of August, 2019.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1