UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAXILL INC., an Ohio corporation,

Plaintiff,

v.

LOOPS, LLC; and LOOPS
FLEXBRUSH, LLC,

Defendants.

C17-1825 TSZ
(consolidated with C18-1026 TSZ)

LOOPS, L.L.C.; and LOOPS
FLEXBRUSH, L.L.C.,

Plaintiffs,

v.

MAXILL INC., a Canadian corporation,

Defendant.

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

(1)     The motion for sanctions and injunctive relief, docket no. 65, brought by
Maxill-Canada and Maxill-Ohio (collectively, "Maxill"), is DENIED.  Maxill's attorney
has admitted that the disclosed list of Maxill's customers was "inadvertently" not marked
as "Confidential - Attorneys Eyes Only," _see_ Ex. C to Kakar Decl. (docket no. 66-3), and
Maxill has not demonstrated that the opposing parties or counsel violated the Stipulated
Protective Order, docket no. 25, or the Minute Order entered May 3, 2019, docket no. 40.
Maxill having now clarified that its customer list should be treated as "Confidential -
Attorneys Eyes Only," all parties and lawyers in this matter shall proceed accordingly.
The Court declines to award attorney's fees or costs to either side.

1       (2)     The motion to amend, docket no. 72, brought by Loops, L.L.C. and Loops
Flexbrush, L.L.C. ("Loops"), is DENIED.  If Loops wishes to pursue claims relating to
United States Patent No. 10,334,940, it may commence a new action and pay the required
filing fee.

       (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

       Dated this 19th day of August, 2019.


          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 2