UNDER SEAL

# EXHIBIT 16