UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>    Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ)<br><br><br><br><br><br>MINUTE ORDER |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAXILL INC., a Canadian corporation,<br><br>    Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed, duplicative motions to seal, docket nos. 82 and 83, brought by Maxill Inc., a Canadian corporation, and Maxill Inc., an Ohio corporation (collectively "Maxill"), are GRANTED, and the following materials shall remain under seal: (i) the unredacted version of Maxill's motion for partial summary judgment, docket no. 83-1; (ii) the unredacted version of the Declaration of John Shaw, docket no. 83-2; and (iii) Exhibits 5-10, 12, 14, 16, 18-24 to Shaw's declaration, docket nos. 82-1 – 82-16.

MINUTE ORDER - 1

(2) Maxill's second unopposed motion to seal, docket no. 87, is GRANTED, and the following materials shall remain under seal: (i) the unredacted version of Maxill's motion to strike expert report, docket no. 88; and (ii) Exhibit A to Maxill's motion, which consists of the Report of Fred P. Smith, P.E., CSP, docket no. 89.

(3) The redacted version of Maxill's motion to strike expert report, docket no. 90, was improperly noted as a separate motion. The unredacted version of Maxill's motion to strike expert report, docket no. 88, shall remain noted for October 25, 2019. The Clerk is DIRECTED to correct the docket.

(4) Each side recently filed motions to seal, docket nos. 98 and 100, that were improperly noted. In the future, counsel shall confer before filing materials under seal and shall conspicuously indicate in any related motions to seal whether the parties are in agreement concerning the sealing of the documents at issue. If motions to seal are unopposed, they may be noted for the same day they are filed; otherwise, motions to seal must be noted for the third Friday after filing. *See* Local Civil Rule 7(d).

(5) The improperly noted motions to seal, docket nos. 98 and 100, are STRICKEN. The Court sua sponte DIRECTS that the following materials shall remain under seal: (i) the unredacted response of Loops, L.L.C. and Loops Flexbrush L.L.C. ("Loops"), docket no. 99, to Maxill's motion for partial summary judgment; (ii) the unredacted versions of the various declarations, exhibits, and evidentiary objections filed by Loops in support of its response, docket nos. 99-1 – 99-13; (iii) the unredacted response, docket no. 101, of Maxill to Loops's motion for partial summary judgment; and (iv) Exhibit 2 to the Declaration of Mudit Kakar, docket no. 101-1.

(6) Loops is DIRECTED to file redacted versions of the materials described in Paragraph 5, Subparts (i) and (ii), above, within seven (7) days of the date of this Minute Order, and to link such documents (in CM/ECF) to both their unredacted counterparts and the motion to which they are responsive.

(7) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of October, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2