UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>          Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>          Plaintiffs,<br><br>   v.<br><br>MAXILL INC., a Canadian corporation,<br><br>          Defendant. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On October 26, 2019, Maxill Inc., a Canadian corporation, and Maxill Inc., an Ohio corporation, (collectively "Maxill") filed a motion to seal, docket no. 108, that violated both the Court's prior Minute Order, docket no. 105, and Local Civil Rule 7(d). Maxill failed to "conspicuously indicate . . . whether the parties are in agreement concerning the sealing of the documents at issue," <u>see</u> Minute Order at ¶ 4 (docket no. 105), and noted the motion to seal for October 25, 2019, the day **before** it was filed,

MINUTE ORDER - 1

instead of the third Friday after filing, which is the proper noting date for non-stipulated, non-dispositive motions. Maxill's motion to seal, docket no. 108, is STRICKEN.

    (2)    The Court sua sponte DIRECTS that the following materials shall remain under seal: (i) Maxill's unredacted reply brief, docket no. 107; (ii) the unredacted declaration of John Shaw and exhibits 26 and 28 thereto, docket no. 109; and (iii) the unredacted declaration of Mudit Kakar and exhibits 29 and 31 thereto, docket no. 110.

    (3)    On or before noon on Thursday, November 14, 2019, the parties shall submit to the Court the following items: (i) a sample of the accused, allegedly infringing device; and (ii) a sample of the patent holder's preferred embodiment. Such materials shall be provided in envelopes marked "COURTESY COPY FOR CHAMBERS OF JUDGE ZILLY" and delivered to the Clerk's Office on the lobby level of the courthouse.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of November, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2