UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>                Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>                Plaintiffs,<br><br>  v.<br><br>MAXILL INC., a Canadian corporation,<br><br>                Defendant. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Maxill Inc., an Ohio corporation, and Maxill Inc., a Canadian corporation, (collectively, "Maxill") has filed a motion to seal, docket no. 127, which is captioned as a stipulation, but the document does not bear the signature of counsel for the adverse parties, Loops, L.L.C. and Loops Flexbrush, L.L.C. (collectively, "Loops"). Maxill's motion to seal, docket no. 127, which was improperly noted for the day before it was filed, is RENOTED to the third Friday after filing, *i.e.*, January 3, 2020, pursuant to Local Civil Rule 7(d)(3).

(2) Maxill has filed a motion for attorney's fees in both unredacted and redacted form, docket nos. 128 and 130, respectively, and has noted both versions as motions. The redacted version, docket no. 130, is STRICKEN as duplicative. Maxill's unredacted motion for attorney's fees, docket no. 128, remains noted for January 3, 2020.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2