UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>    Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAXILL INC., a Canadian corporation,<br><br>    Defendant. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Loops, L.L.C. and Loops Flexbrush, L.L.C. ("Loops") have filed a motion for reconsideration, docket no. 126, with regard to the Order entered November 27, 2019, docket no. 123. The motion for reconsideration, docket no. 126, is RENOTED to January 31, 2020. On or before January 3, 2020, Loops shall file a supplemental brief, not to exceed five (5) pages in length, explaining, if possible, why the new expert opinions and supporting photographs set forth in and/or attached to the motion for reconsideration could not have been brought to the Court's attention earlier through the exercise of reasonable diligence. *See* Local Civil Rule 7(h)(1). Any response to the motion for reconsideration and supplemental brief shall be filed by January 27, 2020. Such response shall not exceed twelve (12) pages in length. Any reply, which shall not exceed five (5) pages in length, shall be filed by the new noting date.

MINUTE ORDER - 1

1  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of December, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2