UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>    Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAXILL INC., a Canadian corporation,<br><br>    Defendant. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The unopposed motion to seal, docket no. 127, brought by Maxill Inc., an Ohio corporation, and Maxill Inc., a Canadian corporation, (collectively "Maxill") is GRANTED. The unredacted version of Maxill's motion for attorney's fees, docket no. 128, and supporting materials, docket no. 129, shall remain under seal.

    (2)    Maxill's motion for attorney's fees, docket no. 128, is RENOTED to January 31, 2020, and will be considered after the Court rules on the pending motion for reconsideration, docket no. 126.

    (3)    Maxill's motion, docket no. 135, for extension of time to tax costs is GRANTED. Maxill's motion to tax costs, docket no. 136, which was filed one day late, will be considered timely submitted. Maxill's motion to tax costs has already been referred to Deputy Clerk-in-Charge Joe Whiteley for consideration.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of January, 2020.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2