Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., <br><br>           Plaintiff, <br><br> vs. <br><br> LOOPS, LLC AND LOOPS FLEXBRUSH, LLC <br><br>           Defendants. <br> LOOPS, L.L.C., et al. <br><br>           Plaintiffs, <br><br> v. <br><br> MAXILL INC., et al. <br><br> Defendants. | Cause No. 2:17-C-01825 TSZ <br><br> **FIRST AMENDED NOTICE OF APPEAL** |

LOOPS' FIRST AMENDED NOTICE OF APPEAL  
Cause No. 2:17-C-01825 TSZ

Page 0

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

As a first amended notice to the Notice of Appeal filed February 24, 2020 (Dkt. No. 151), Notice is hereby given that LOOPS, L.L.C. and LOOPS FLEXBRUSH L.L.C. (collectively "Loops"), Defendants, Counter-plaintiffs and consolidated Plaintiffs in the above-named action, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order on motion for reconsideration (Dkt. No. 150), the final Judgment (Dkt. No. 124), the Order of noninfringement (Dkt. No. 123), the Order regarding a motion for stay (Dkt. No. 71) and the Order on claim construction (Dkt. No. 70) entered in this action on February 21, 2020, December 2, 2019, November 27, 2019, July 11, 2019, and July 9, 2019, respectively.

Dated March 16, 2020            Respectfully submitted,

*/s/ Kent M. Walker*
Kent M. Walker *(pro hac vice)*
**LEWIS KOHN & WALKER, LLP**
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Phone 858) 436-1333
Fax (858) 436-1349
kwalker@lewiskohn.com

Philip P. Mann, WSBA No: 28860
**Mann Law Group**
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Attorneys for Defendants LOOPS, LLC AND LOOPS FLEXBRUSH, LLC

LOOPS' FIRST AMENDED NOTICE OF APPEAL
Cause No. 2:17-C-01825 TSZ

Page 1

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

## **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below; I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED:  March 16, 2020                             /s/ *Kent M. Walker*

LOOPS' FIRST AMENDED NOTICE OF APPEAL
Cause No.  2:17-C-01825 TSZ

Page 2

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA  98101
Phone:  206.436.8500