# United States Court of Appeals for the Federal Circuit

---

**MAXILL INC., AN OHIO CORPORATION,
MAXILL, INC., A CANADIAN CORPORATION,**
*Plaintiffs-Appellees*

v.

**LOOPS, LLC, LOOPS FLEXBRUSH, LLC,**
*Defendants-Appellants*

---

2020-1519, 2020-1618

---

Appeals from the United States District Court for the Western District of Washington in No. 2:17-cv-01825-TSZ, Senior Judge Thomas S. Zilly.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

ENTERED BY ORDER OF THE COURT

December 31, 2020        /s/ Peter R. Marksteiner
                         Peter R. Marksteiner
                         Clerk of Court