UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>Plaintiffs<br><br>v.<br><br>MAXILL INC., a Canadian corporation,<br><br>Defendant. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Mandate having been issued by the United States Court of Appeals for the Federal Circuit, *see* docket no. 159, this case is returned to the Court's active docket, and the parties are DIRECTED to file a Joint Status Report within fourteen (14) days of the date of this Minute Order indicating when they will be prepared to proceed to trial, how long any trial will likely last, and whether they agree to conduct the trial virtually, and setting forth any issues that might affect the case schedule.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2