# EXHIBIT B

089/20

Divisional Court File No.: CVD-LON-65-20ML

**ONTARIO
SUPERIOR COURT OF JUSTICE
(Divisional Court)**

| | | |
|---|---|---|
| The Honourable Justice Swinton | ) | Tuesday the 27th |
| The Honourable Justice Lederer | ) | |
| The Honourable Justice Penny | ) | day of October, 2020 |

B E T W E E N:

LOOPS, L.L.C. and LOOPS FLEXBRUSH, L.L.C.

Plaintiffs (Appellants)

- and -

MAXILL INC.

Defendant (Respondent)

**ORDER**

THIS APPEAL made by the Plaintiffs (Appellants) to appeal the decision of Templeton J. (2020 ONSC 971) was heard on September 2, 2020, conducted by a video conference, judgment being reserved until this day.

ON READING the Factum of the Plaintiffs (Appellants), Reply of the Plaintiffs (Appellants), Factum Compendium of the Plaintiffs (Appellants), Factum of the Defendant (Respondent), Factum Compendium of the Defendant (Respondent), Compendium of Oral Argument of the Respondent, Maxill Inc., Appeal Book and Compendium, Exhibit Book and the Affidavit of Steven Kayser, sworn August 12, 2020 and on hearing the submissions of the counsel for the Plaintiffs (Appellants) and the submissions of the counsel for the Defendant (Respondent),

**THIS COURT ORDERS** that:

(a)   the appeal is granted;

(b)   the Order of Justice Templeton is set aside, including as to costs;

CAN_DMS: \136506442\1

(c) the Appellants are granted an interim and interlocutory injunction prohibiting the Respondent, Maxill Inc. from challenging the validity of U.S. Patent No. 8,448,285 either directly or indirectly;

(d) the Appellants are granted their costs, fixed at $25,000, inclusive the $5,000 awarded on the motion for leave to appeal.

(e) This order bears interest at the rate of 2 per cent per year commencing on October 27th, 2020.

_____
"Registrar, Clerk"

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO: 25
LE / DANS LE REGISTRE NO.: 129

NOV 24 2020

PER / PAR: NP

CAN_DMS: \136506442\1