# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>Plaintiffs<br><br>v.<br><br>MAXILL INC., a Canadian corporation,<br><br>Defendant. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 161, and an unredacted copy of a decision issued by the Divisional Court of the Superior Court of Justice in Ontario, Canada, docket no. 165-1, the Court hereby STAYS this case pending further order. The parties shall file a Joint Status Report within fourteen (14) days after the proceedings in Canada, including any appeals, have concluded, or by June 30, 2022, whichever occurs earlier.

MINUTE ORDER - 1

(2) During the pendency of the stay, Loops, L.L.C. and/or Loops Flexbrush, L.L.C. may seek preliminary injunctive relief, but any such motion must be properly noted pursuant to Local Civil Rule 7(d)(3) and make the showing required for such an "extraordinary" remedy. <u>See</u> <u>Winter v. Natural Res. Def. Council, Inc.</u>, 555 U.S. 7, 24 (2008).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of March, 2021.

        William M. McCool
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 2