UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXILL INC., an Ohio corporation,<br><br>                Plaintiff,<br>v.<br>LOOPS, LLC; and LOOPS FLEXBRUSH, LLC,<br><br>                Defendants. | C17-1825 TSZ<br>(consolidated with C18-1026 TSZ) |
| LOOPS, L.L.C.; and LOOPS FLEXBRUSH, L.L.C.,<br><br>                Plaintiffs<br>v.<br>MAXILL INC., a Canadian corporation,<br><br>                Defendant. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 171, the Court ORDERS that this matter shall remain stayed and DIRECTS the parties to file another Joint Status Report within fourteen (14) days after the proceedings in Canada, including any appeals, have concluded, or by June 30, 2024, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of July, 2023.

                                                                     Ravi Subramanian
                                                                       Clerk

                                                                       s/Laurie Cuaresma
                                                                       Deputy Clerk

MINUTE ORDER - 1